IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| DESERAE TURNER, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 4:22-cv-00113-LMM |
| FLOYD COUNTY SCHOOL DISTRICT, et al., | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

This case comes before the Court on Defendants' motions to dismiss. Dkt. Nos. [18, 19]. The Court extended Plaintiffs' time to respond to the motions to dismiss through August 23, 2022. Dkt. No. [23]. On August 23, 2022, Plaintiffs filed an amended complaint. Dkt. No. [24].

A party may amend his pleading once as a matter of course within 21 days of the service of a motion filed under Rule 12(b) of the Federal Rules of Civil Procedure. Fed. R. Civ. P. 15(a)(1)(B). Because the Court granted Plaintiffs through August 23, 2022, to respond to the motion to dismiss the complaint, it considers Plaintiffs to have been eligible through that date to file an amended complaint as a matter of course. Because the motions to dismiss seek to dismiss a

complaint that has been superseded, the motions to dismiss, Dkt. No. [18, 19], are **DENIED AS MOOT**.

**IT IS SO ORDERED** this 23rd day of August, 2022.

**Leigh Martin May**
**United States District Judge**