## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

DESERAE TURNER, Individually; M.T. and
B.T., both minors, by and through their
mother, LEKISHA TURNER; and J.T.M. and
J.R.M., both minors, by and through their
mother JESSICA MURRAY; and JESSICA
MURRAY, Individually,

               Plaintiffs,

       vs.

FLOYD COUNTY SCHOOL DISTRICT.

Case No.: 4:22-cv-00113-LMM

## DEFENDANT'S MOTION FOR A PROTECTIVE ORDER GOVERNING THE RELEASE OF DOCUMENTS PROTECTED BY FERPA

**COMES NOW,** Defendant, Floyd County School District, and pursuant to

Fed. R. Civ. P. 26(c) hereby moves this Court for a Protective Order to govern the

release of education records subject to the Family Educational Rights and Privacy

Act ("FERPA"), 20 U.S.C. §1232g; 34 CFR §99.1 et. seq., stating as follows:

      1.    This civil action involves allegations that the Defendant violated

Plaintiffs' right to equal protection of the law, right to freedom of speech, and

discriminated against Plaintiffs based on race.

1

2.      In the course of written discovery, Plaintiffs have requested that Defendant produce various education records, the privacy of which is protected by FERPA. *See* 20 U.S.C. §1232g; 34 CFR §99.1 et. seq.

3.      FERPA allows the Defendant to disclose education records of a student to comply with a judicial order. 34 CFR §99.31(a)(9)(i).

4.      Disclosure pursuant to a judicial order is permissible, however, only after a reasonable effort to notify the parent or eligible student of the Order in advance of disclosure, so that the parent or eligible student may seek protective action. 34 CFR §99.31(a)(9)(ii).

5.      In order for Defendant to comply with Plaintiffs' discovery requests seeking education records subject to the protection of FERPA, Defendant seeks an Order from the Court allowing such disclosure pursuant to 34 CFR §99.30(a)(9).

6.      Upon the issuance of such Order, Defendant will make a reasonable effort to notify the parent or eligible student of the Order so that the parent or eligible student may seek protective action prior to disclosure by the Defendant to Plaintiffs.

7.      This Motion is not intended to waive Defendant's objections to Plaintiffs' written discovery requests that are not based on FERPA.

8.      Counsel for Plaintiffs have authorized the Defendant to represent to the Court that they do not object to this Motion, or the issuance of an Order as described.

**WHEREFORE**, Defendant respectfully requests that the Court issue an Order for the disclosure of education records governed by FERPA, which are responsive to Plaintiffs written discovery requests, only after Defendant has made a reasonable effort to notify the parents or eligible students of the Court's Order in advance of disclosure.

Respectfully submitted this 20th day of February, 2023.

**HALL BOOTH SMITH, P.C.**

*/s/ Richard N. Sheinis*

RICHARD N. SHEINIS
NC Bar No.: 39078
GA Bar No.: 679865
NICHOLAS J. GARCIA
GA Bar No.: 863498
***Attorneys for Defendant***

11215 North Community House Road
Suite 750
Charlotte, NC 28277
Phone: (980) 859-0380
Fax:    (678) 539-1601
E-mail: rsheinis@hallboothsmith.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2023, I electronically filed **Defendant's Motion for a Protective Order Governing The Release of Documents Protected by FERPA** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Harry M. Daniels
GA Bar No. 234158
The Law Offices of Harry Daniels
233 Peachtree St NE, Suite 1200
Atlanta, GA  30303
T:  404-620-6110
E: daniels@harrymdaniels.com
***Attorney for Plaintiff***

Artur Davis
HKM Employment Attorneys, LP
2024 3rd Avenue, North Suite 307
Birmingham, AL 35203
T: 205-881-0935
(admitted pro hac vice)
E: adavis@hkm.com
***Attorney for Plaintiff***

Shannon Liss-Riordan
Anastasia Doherty
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA  02116
T:  617-994-5800
(admitted pro hac vice)
E: sliss@llrlaw.com
    adoherty@llrlaw.com
***Attorneys for Plaintiff***

4

**HALL BOOTH SMITH, P.C.**

*/s/ Richard N. Sheinis*

_____

RICHARD N. SHEINIS
NC Bar No.: 39078
GA Bar No.: 679865
NICHOLAS J. GARCIA
GA Bar No.: 863498
***Attorneys for Defendant***

11215 North Community House Road
Suite 750
Charlotte, NC 28277
Phone: (980) 859-0380
Fax:     (678) 539-1601
E-mail: rsheinis@hallboothsmith.com