UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| DESERAE TURNER, Individually; M.T. and B.T., both minors, by and through their mother, LEKISHA TURNER; and J.T.M. and J.R.M., both minors, by and through their mother JESSICA MURRAY; and JESSICA MURRAY, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>FLOYD COUNTY SCHOOL DISTRICT,<br><br>Defendant. | Case No.: 4:22-cv-00113-LMM |

## ORDER

**THIS CAUSE HAVING COME** before the Court on Defendant's Motion for Protective Order Governing the Release of Documents Protected by FERPA, and the Court having been fully apprised of the premises hereby orders as follows;

**IT IS HEREBY ORDERED** that Defendant shall disclose to Plaintiffs educational records protected by FERPA that are responsive to Plaintiffs' written discovery requests, after Defendant has made a reasonable effort to notify the parent or eligible student of this Order in advance of disclosure to Plaintiffs. This Order

6

shall not operate to waive Defendant's objections to Plaintiffs' written discovery requests that are not based on FERPA.

**SO ORDERED** this _____ day of _____, 2023.

_____
Honorable Leigh M. May
US District Court
Northern District of Georgia