IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| DESERAE TURNER, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 4:22-cv-00113-LMM |
| FLOYD COUNTY SCHOOL DISTRICT, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

On December 7, 2023, the Court ordered Defendant to refile the exhibits supporting its motion for summary judgment in compliance with the provision of the Court's Local Rules that requires parties to upload files separately and label them according to their content. Dkt. No. [54]. The Court noted that " '[f]or example, documents should be uploaded as Ex. A: Smith Deposition, Ex. B: Employment Contract, and Ex. C: Jones Letter, instead of Ex. A, Ex. B, and Ex. C.' " Id. (quoting LR, NDGa, App. H, Ex. A, § II.A.9).

Defendant refiled the exhibits but labeled them only with an exhibit number and did not label them according to their content. See Dkt. No. [58]. As the Court previously explained, this makes it difficult to cross-reference the

arguments with the exhibits they rely upon. It also increases the risk that evidence will be inadvertently overlooked.

Accordingly, the Court again **ORDERS** that Defendant **SHALL** supplement the motion for summary judgment by filing properly labeled exhibits. The supplement **SHALL** be filed within **THREE DAYS** of the entry of this Order. Late or noncompliant filings may result in sanctions, which may include the disregard of evidence. Plaintiffs' time to file a response to the motion for summary judgment shall begin to run on the date the properly labeled exhibits are filed.

**IT IS SO ORDERED** this 14th day of December, 2023.

_____
**Leigh Martin May**
**United States District Judge**