EXHIBIT "5"

TO DEFENDANT FLOYD COUNTY SCHOOL DISTRICT'S

BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT



## Brinson Askew Berry
BRINSON, ASKEW, BERRY, SEIGLER, RICHARDSON & DAVIS, LLP

Attorneys at Law

October 7, 2021

I. Stewart Duggan
706.295.0567
isduggan@brinson-askew.com

Ms. Jessica Murray
P.O. Box 2912
Rome, GA 30164-2912
Sent Via FedEx and U.S. Mail

    Re:    **Criminal Trespass Notice**
              **Entry Upon Floyd County School Property Prohibited**
              **Date of Incident:  October 7, 2021**

Dear Ms. Murray:

    This law firm represents the Floyd County School District ("Floyd County Schools"). I am writing you on behalf of Floyd County Schools.

    Pursuant to Georgia's criminal trespass statute, you are hereby placed on notice that you are prohibited, banned, and forbidden from entering, coming onto, or gaining access to any school grounds, premises or property of the Floyd County School System, including any on-campus or school-sponsored activities, effective immediately. This notice is being provided to you under O.C.G.A. § 16-7-21(b)(2).

    This trespass notice is being issued as a result of your having exhibited aggressive and inappropriate actions, including name-calling and the use of profanity, while at Coosa High School on October 7, 2021.

    If you are found to be on or to have entered the premises of any property owned, operated, or maintained by Floyd County Schools for any purpose, you will be reported, arrested, and recommended for prosecution for criminal trespass under the laws of the State of Georgia. Please obey this directive and refrain from entering upon or trespassing on any Floyd County Schools' property.

    Pursuant to O.C.G.A. § 20-2-1180, we are notifying local law enforcement officials of this notice and that you have been banned and forbidden from entering upon any Floyd County School System campus, property, or facility, including any and all sporting events held or sponsored by any Floyd County School.

                                                   Yours very truly,

                                                   BRINSON ASKEW BERRY

                                                   I. STEWART DUGGAN

cc: Dr. Glenn White
     Mark Wallace, Floyd County Police Department
     Judson Cox

U.S. Mail  P.O. Box 5007, Rome, GA 30162-5007  |  Overnight Delivery  615 West First Street, Rome, GA 30161
706.291.8853 (T)  |  1.800.201.7166  |  706.234.3574 (F)  |  Brinson-Askew.com

FCSD RPD000156