# COX EXCERPTS

24

1  as a tool to make the decisions so we follow Floyd
2  County school policies.
3       Q    So I've asked you about George Floyd T-shirts.
4  Have you ever seen students wearing T-shirts that had
5  either the phrase Black Lives Matter or BLM?
6       A    Yes, sir.
7       Q    Based on your knowledge of the handbook, is
8  there anything in the handbook that prevents students
9  from wearing Black Lives Matter T-shirts?
10      A    No, sir.
11      Q    And will you agree with me that a student
12 wearing a Black Lives Matter T-shirt does not, in and of
13 itself, cause a disruption at Coosa High?
14      A    I do agree that just wearing a T-shirt does
15 not cause a disruption of the school.
16      Q    And will you agree with me that just the act
17 of wearing the T-shirt does not interfere with the
18 operations of the school at Coosa High?
19      A    Yes, sir.  Isn't what I just said?
20      Q    Well, sort of.  If it were exactly what you
21 just said, I probably wouldn't need to ask you again.  I
22 went through the same set of questions about Black Lives
23 Matter that I asked you about George Floyd.
24           If your assistant principals directed students
25 not to wear Black Lives Matter T-shirts, in your

```
 1   opinion, would they be correctly interpreting the
 2   handbook?
 3        A    In my opinion, I don't see those as a
 4   disruption of our school.
 5        Q    Do you have any knowledge of your assistant
 6   principals telling children to take off, or to turn
 7   inside out, Black Lives Matter T-shirts?
 8        A    No, sir, I do not.  I don't have any
 9   recollection of that.  I don't think that that happened.
10        Q    Now, I want to talk with you about an incident
11   that happened during your last year as assistant
12   principal before you became principal.  There's been
13   testimony, virtually every day of these depositions,
14   about some racist images of a white student at the
15   school and that student in these snapshots using all
16   kind of vile comments about Black people.
17             Have you seen those images at some point,
18   Mr. Cox?
19        A    Yes, sir.
20        Q    How did you see those images?
21        A    What timeframe?  Which images?
22        Q    Well, you tell me if there are multiple
23   images.
24        A    There were some in March of 2021 -- or the --
25   excuse me -- the summer of 2020.  Summer of 2020; I
```

1  hardly hear you with it up.
2      Q    Sure.  On Wednesday, August 18, 2021, at 3:58,
3  someone named Karalee Williams sends an e-mail to Jamey
4  Alcorn.  Do you happen to know who Karalee Williams is?
5      A    I don't think so.
6      Q    Who is Jamey Alcorn?
7      A    Jamey Alcorn would be the -- I think the
8  director of student services then.
9      Q    I'm going to read -- and it says that Karalee
10 Williams is the central office receptionist for Floyd
11 County schools.  I'm going to read what Karalee Williams
12 e-mailed to Mr. Alcorn on the afternoon of Wednesday,
13 August 18th.
14          "Good afternoon, Mr. Alcorn.  I have a student
15 from CHS call about a complaint.  The students said
16 another student was wearing a belt with the Confederate
17 flag on it.  One of the students asked him why he wore
18 the flag, and he made a comment about them being slaves.
19 The student who called said this happened in front of
20 the assistant principal, Ms. Martin, and they said she
21 told them it was his right to wear that.  The student
22 left a contact name and number for MyAsia Turner," and
23 then it lists her phone number.
24          Did I read that right, Mr. Cox?
25     A    Yes, sir.

1    regarding students wearing Confederate images or
2    Confederate insignia?
3         A    We follow the handbook, which is kind of
4    open-ended.  But it is not appropriate for school as
5    some people find that offensive.  Most people may find
6    that offensive.  It's not something that we're going to
7    have at school.
8         Q    So is it your position, Mr. Cox, that every
9    time a student wears a Confederate insignia or image on
10   his or her clothing, that action should be taken against
11   that student?
12             MR. SHEINIS:  Objection.
13             You can go ahead.
14             THE WITNESS:  Yes, sir.
15   BY MR. DAVIS:
16        Q    And is it your position, that every time a
17   student at Coosa High has worn clothing with a
18   Confederate insignia, that disciplinary action has been
19   taken against them?
20             MR. SHEINIS:  Objection.
21             You can go ahead.
22             THE WITNESS:  I would.  If it's something we
23        know about and identify, it is not something that
24        we allow.  You know?  To think that we catch every
25        single person that's out of dress code, whether it

1  assistant principal, Ms. Martin, discussing yet another
2  video of a white student making racist remarks.
3      A    Ms. Martin lets me know when she's working on
4  things when things are reported.  Those are numerous,
5  and it takes up a large amount of her time.  She takes
6  on that responsibility and that role and updates me as
7  needed.  So am I aware of plans being made that she is
8  looking into and aware and looking into?  Yes.
9           Specifically, which ones?  Now, again, we're
10 talking about multiple ones, and that's hard to answer
11 that question.  She tries to keep me at least in the
12 loop on what she is working on and over all this.
13     Q    Is it fair to say that there were a lot of
14 complaints there were coming in from Black children in
15 the fall of 2021 about racist incidents at Coosa High?
16          MR. SHEINIS:  Objection.
17          You can go ahead.
18          THE WITNESS:  There were a few, yes.  There
19     were more than one.  You know, I don't know how to
20     put a number on it.  So yes.
21 BY MR. DAVIS:
22     Q    Paragraph 48.  "This same white student" --
23 and it's referring to the white student who posted
24 videos on SnapChat.  "This same white student also
25 called MT" -- MyAsia Turner -- "and other Black students

1   the person to whom you direct report?
2        A    On discipline issues, behavior issues, or
3   anything?
4        Q    Well, I'm asking in general.  Do you consider
5   the superintendent to be your boss?
6        A    The superintendent is my boss.  If it has
7   regards to discipline or dealing with students and
8   parents, that goes to the director of student services.
9   If it goes to curriculum, that goes through our -- I'm
10  not sure of his title, Mr. John Parker.
11       Q    Do you have any memory of discussing the
12  racial climate at Coosa High with any of the officials
13  in the superintendent's office as of the fall of 2021?
14       A    There have been conversations.  I don't know
15  when those were.  They were around the fall of 2021.
16       Q    Tell me what you remember from those
17  conversations.
18       A    Not a whole lot.  I mean, just updating and
19  kind of -- I don't know how to answer that.
20       Q    Well, truthfully would be a start.  You were
21  the one in the conversations.  I'm simply asking what
22  you recall happening in the conversations that if you've
23  just described.
24       A    Not very much as it was a long time ago.
25       Q    Do you remember the officials at the board --

1   or superintendent's office, I should say -- giving you
2   any guidance as to how you should handle or react to
3   racial issues that were going on at Coosa High?
4        A    That would be the director of student services
5   that I would try to get help getting interpretation how
6   to handle things and make sure that we're following our
7   Floyd County politics.
8        Q    And what kinds of things were you trying to
9   get interpretation about?
10       A    Well, what we could and couldn't discipline;
11  what was the appropriateness of discipline in certain
12  cases.
13       Q    And what were those certain cases where you
14  were trying to get guidance on whether or not you could
15  discipline?
16            MR. SHEINIS:  Let me object and instruct
17       Mr. Cox he can generally answer.  But when you say
18       what were those cases, I don't want Mr. Cox to talk
19       about student information and student
20       identification.
21            MR. DAVIS:  And I don't want the specifics.
22  BY MR. DAVIS:
23       Q    But you, yourself, Mr. Cox, made a reference
24  to this being a category of discussions you were having
25  with the individual in the superintendent's office.  And

129

1           "If parents or students would like to
2    privately discuss their concerns with administration, we
3    advise you to schedule a meeting by contacting the
4    school directly at (706) 236-1870."  And then "thank
5    you."
6           MR. DAVIS:  So we're going to make that
7       Exhibit 5 because I have a copy of that.
8           (Plaintiffs' Exhibit No. 5 was marked for
9                      identification.)
10          MR. DAVIS:  Rich, that's FCSD 122.
11   BY MR. DAVIS:
12      Q    Mr. Cox, that was sent though on the day of
13   the protest on October 7, 2021.  I promise you I'm going
14   to come back to that because I want to ask you about
15   your language and what you meant by some of these
16   things.
17      A    Yes, sir.  And I've got the other document --
18   the announcement document.
19      Q    Okay.  Read the announcement document to us.
20      A    Do that now or in a minute?
21      Q    Yes.  Go ahead and read the announcement
22   document to us.
23      A    "Good morning, Coosa High School.  Teachers,
24   please excuse this interruption.  Students, give me your
25   undivided attention.  The administration is aware of

1    tomorrow's planned protest.  Activities of this kind
2    will not be allowed at Coosa High School.  We're
3    planning on a normal school day.  Extra staff and police
4    will be present here at school.
5            "If students insist on participating in these
6    types of activities, they will be disciplined in
7    accordance.  They will be disciplined for encouraging
8    unrest in the school environment.  Additionally, if you
9    are in possession of flyers or publicity materials
10   related to this activity, you should bring these to the
11   office immediately.  At this point in time, possession
12   of these materials will also be considered a discipline
13   issue.
14           "Please know that all aspects of our Floyd
15   County schools behaviors -- student behavior policy --
16   Floyd County school student behavior policy, including
17   dress code, will be respected and enforced.  If you have
18   concerns about these policies and any activities here at
19   Coosa High School, please speak with me or any of our
20   counselors."
21       Q    Okay.  What time was that sent out, Mr. Cox?
22       A    That was announced during the school day.  I
23   don't know the exact time.
24       Q    But it was on Wednesday, October 6th.  Is that
25   right?

1    you said?
2        A    No, sir.
3        Q    Did you not --
4        A    After.  After this point in time after my
5    announcement.  "Possession of this material will also be
6    considered a discipline issue."  So I gave them a chance
7    to correct the behavior, and then it would become a
8    discipline issue.
9        Q    Mr. Cox, how would possession of a flyer be a
10   disciplinary issue?
11       A    In the opinion of operating a safe school, we
12   don't allow them to hand out things just as you want to
13   without approval.  We don't allow to have protests on a
14   school campus.  Those are things that have the
15   opportunity to go various different ways, and that's
16   just not how we're going to conduct business at Coosa
17   high school.
18       Q    Did you know, on October 6th, physically where
19   this protest was going to occur?
20       A    Did I know physically, like where on campus?
21       Q    Yes.
22       A    No, sir.
23       Q    Did you even know if it would be on campus?
24       A    Based on the flyer, yes, sir.
25       Q    Tell me where in the flyer there's a reference

```
 1   they called out the next day?
 2        A    Our police do not work for us.  Our SORSO --
 3   school resource officers are not employed by Floyd
 4   County.  They are employed by Floyd County Police
 5   Department, so one in the same.  If I need to speak with
 6   somebody through that, that is how I go about that.
 7        Q    Well, but can we agree that on the day of the
 8   protest, the police department came out?
 9        A    We can agree that we requested that we have a
10   larger police presence to hopefully get students to come
11   to school.
12        Q    Who made that request?
13        A    I don't know.
14        Q    Did you request a police presence after
15   finding a video of a white child saying "kill the
16   niggers?"
17        A    Yes, sir.  That's one of the first things I
18   did, was got -- showed it to our resource officer.
19        Q    But the resource officer request a larger
20   police presence to come to the school?
21        A    I don't know.  He does not work for us.  He
22   works with us.  You let him use his professional
23   judgment.
24        Q    Do you have any recollection of seeing a group
25   of non-CRO police officers come to the school after you
```

157

1    and Ms. Turrentine saw the video or the image of a white
2    child saying "kill the niggers?"
3         A    No, sir.
4         Q    How many students did you suspend the day of
5    the protest?
6         A    For what?
7         Q    For anything.
8         A    That's going to be a very hard list because
9    they may be students that got suspension that day for
10   vaping.  So if you're asking me to pull up something
11   that's related to actions of that day, that would be a
12   very large list.
13        Q    Well, let's focus on being suspended for
14   matters relating to the protest.  How many students did
15   you suspend for matters relating to the protest on the
16   day of the event?  You've told me about the ones the day
17   before.  Now, let's focus on the day of.  How many
18   students did you suspend for participating or engaging
19   in actions relating to the protest on the day of the
20   protest?
21        A    I feel like I have to get more -- you're going
22   to have to reclarify that question for me to be able to
23   answer it accurately.
24        Q    Well, tell me what part of that question you
25   find unclear, Mr. Cox.

162

1  That's a very important part of this case, and I
2  wouldn't be very competent if I didn't insist on getting
3  your best answer on that.
4          So if we need to take another five minutes,
5  I'm happy to do it.
6          MR. SHEINIS:  Let's go off for five minutes.
7       (Off the record 5:51 p.m. to 5:57 p.m.)
8  BY MR. DAVIS:
9       Q    So, Mr. Cox, before we pick up earlier where
10 we left off, let me go back and ask you a question based
11 on some information that I got from one of the parents
12 during the little break that we just took.  You
13 mentioned earlier that you weren't quite sure if you
14 remembered the race of the other two students who were
15 suspended the day before the protest.
16          I'll tell you that one of the parents said to
17 me that they were both African-American.  Does that jog
18 your memory?
19      A    Yes, sir.
20      Q    Is it accurate?
21      A    The other two were African-American.  Yes,
22 sir.
23      Q    Okay.  So all six of the children you
24 suspended the day before were Black children.  Am I
25 right?

1     A     That is correct.
2     Q     So now to my question about the day of the
3  protest.  How many children did you suspend for reasons
4  related to the protest?
5     A     Seven.
6     Q     Do you know their race?
7     A     Yes, sir.
8     Q     Would you tell me.
9     A     Yes, sir.  There was six white students; one
10 Latino student.
11                    (Crosstalk.)
12 BY MR. DAVIS:
13    Q     And what were they suspended for?
14    A     Leaving campus without checking out and posts
15 on Snapchat.
16    Q     Were these in-school suspensions or
17 out-of-school suspensions?
18    A     The skipping class follows our discipline
19 rubric that we use.  Those were given ISS.  And then the
20 social media posts was given OSS, out-of-school
21 suspension.
22    Q     What was the race of the student who got the
23 out-of-school suspension?
24    A     A white student.
25    Q     What was the social media post?

                                                                    176

1        A     Yes, sir.
2        Q     And can you agree with me that they all got
3    five-day out-of-school suspensions?
4        A     I would agree with that.  Yes, sir.
5        Q     And that's a big deal.  Isn't it, Mr. Cox, a
6    five-day out-of-school suspension?
7        A     I'm sorry.  I was handing that to him.  I
8    didn't hear you; I'm sorry.
9        Q     I'm sorry.  That's a big deal, a five-day
10   out-of-school suspension.  Can we agree on that?
11       A     That's a pretty big deal.  Yes, sir.  You get
12   that for multiple things.  I mean, it just depends on
13   what they were.  Yes, sir.
14       Q     And that can cause a student, potentially, to
15   miss taking an exam.  That could cause a student to miss
16   getting important assignments done.  Am I right?
17       A     The exam, we do not cause exam exemptions for
18   OSS and ISS.  They are out of class, but not by their
19   choosing.  And then so I wouldn't agree with that.  The
20   second part was, are they missing instruction for days
21   if they miss school?  Yes, sir.
22       Q     And just so I'm clear about your first answer,
23   if I'm a student at Coosa and I'm suspended for five
24   days and there is a test that happens inside that five
25   days, do I get to make up the test or not?

193

1  out this important message.  You've done a very good,
2  very articulate job of describing what your concerns
3  were, and what your fears were, when you sent out this
4  message.  And you've clarified what these words and
5  terms mean very well, I think.
6         Here's what I want you to explain to me.  When
7  you came across images of a white child saying "You are
8  a nigger, stupid fucking nigger, GN nigger, you right;
9  kill all niggers," you did not deal with that by having
10 a major police presence at your school the next day.
11 You did not deal with that by sending out an important
12 message to the community at Coosa High School.
13         You did not deal with that by having the
14 superintendent come onto your school.  Do you understand
15 the problem I have with that?
16         MR. SHEINIS:  Objection.
17         Go ahead if you can answer that.
18         THE WITNESS:  I don't have an answer for you.
19     The mass hysteria and the negative perceptions --
20     perceptions are perceptions, whether they're true
21     or false, is what I'm trying to cover in this
22     letter.  Those things were brought to our
23     attention.  We were dealing with them -- I can't
24     say that.
25         We were dealing with them.  That's it, I

1  guess.  And but there was no outcry of worried about
2  student safety from that one instance to the
3  hundreds of students that would need, in my opinion,
4  filings where you would need to make a school call
5  to 1500 people.
6           Now, do we address it?  Absolutely.  Do we
7  think that that's inappropriate and horrific?
8  Absolutely.
9  BY MR. DAVIS:
10      Q    Did you have any way of knowing on March
11  4th, or around the time you saw these images, whether
12  this white child was serious or just venting when he
13  said kill all niggers?
14      A    I do not.  We take -- I take them all
15  seriously.  I mean, that's going to cause a disruption
16  and it's very appropriate.  So, yes, I find it serious.
17      Q    But not serious enough to have the police come
18  out the next day?
19           MR. SHEINIS:  Objection.
20           Go ahead.
21           THE WITNESS:  No, sir.
22  BY MR. DAVIS:
23      Q    Not serious enough to send out an important
24  message to the student body?
25           MR. SHEINIS:  Objection.

1              You can go ahead.
2              THE WITNESS:  I was not getting the
3     immediately need for a mass pushout to warrant
4     that, in my opinion.
5              MR. DAVIS:  No further questions.
6              MR. SHEINIS:  That will do it.
7              (Deposition concluded at 6:53 p.m.)