UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| DESERAE TURNER, individually; M.T. and B.T., both minors, by and through their mother, LEKISHA TURNER; and J.T.M. and J.R.M., both minors, by and through their mother, JESSICA MURRAY; and JESSICA MURRAY, individually,<br><br>Plaintiffs,<br><br>v.<br><br>FLOYD COUNTY SCHOOL DISTRICT,<br><br>Defendant. | CIVIL ACTION<br><br>Case No. 4:22-cv-00113-LMM |

## **PLAINTIFFS' NOTICE OF FILING OF ORIGINAL DEPOSITION**

Come now Plaintiffs **Deserae Turner; M.T. and B.T.**, by and through their mother **Lekisha Turner**; **J.T.M and J.R.M**., by and through their mother **Jessica Murray**, and hereby file the E-original exhibit of Tony Daniel, submitted as Ex. A to this pleading. Plaintiff submits this filing as a courtesy at the request of Defendant. (Doc. 79).

Submitted, the 5th day of March, 2024.

*s/Artur Davis*                           Harry M. Daniels

**HKM Employment Attorneys, LP**     **The Law Offices of Harry Daniels**

1

| | |
|---|---|
| 2024 3rd Avenue, North Suite 212<br>Birmingham, AL  35203<br>T:  205-881-0935<br>*(admitted pro hac vice)*<br>E:  adavis@hkm.com<br>**Attorney for Plaintiffs** | 233 Peachtree St., NE, Suite 1200<br>Atlanta, GA 30303<br>T:  404-620-6110<br>E:  daniels@harrymdaniels.com<br>**Attorney for Plaintiffs** |

Shannon Liss-Riordan
Sam Davis
**Lichten & Liss-Riordan, P.C.**
729 Boylston Street, Suite 2000
Boston, MA 02116
T: 617-995-5800
*(admitted pro hac vice)*
E: sliss@llrlaw.ocm
   sdavis@llrlaw.com
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on March 5, 2024, **Plaintiffs' Notice of Filing of the Original Deposition of Tony Daniel** was served electronically through this Court's CM/ECF system on lead counsel for **Defendant Floyd County School District**, listed below:

>Richard Sheinis
>**Hall Booth Smith PC**
>11215 North Community House Road
>Suite 750
>Charlotte NC 28277
>rsheinis@hallboothsmith.com
>**Lead Counsel for Defendant**

By: s/ *Artur Davis*
Artur Davis
adavis@hkm.com
**HKM Employment Attorneys LLP**
2024 3rd Ave. N Suite 212
Birmingham, AL 35203
Telephone: 205-881-0935
**Counsel for Plaintiffs**