# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

## 4:22-cv-00113-LMM
### Turner et al v. Floyd County School District et al
### Honorable Walter E. Johnson

Minute Sheet for proceedings held on 10/17/24.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 4:00 P.M.
TIME IN COURT: 6:00
OFFICE LOCATION: Rome

DEPUTY CLERK: Kari Butler

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Harry Daniels representing Plaintiffs<br>Artur Davis representing Plaintiffs<br>Ivy Duggan representing Floyd County School District<br>Sarah Martin representing Floyd County School District<br>Richard Sheinis representing Floyd County School District |
| OTHER(S) PRESENT: | Jessica Murray<br>Jimmy Murray<br>? Turner<br>Glenn White<br>Jamey Alcorn<br>? Martin |
| PROCEEDING CATEGORY: | Mediation |
| MINUTE TEXT: | Mediation held on 10/17/2024. Case settled. |
| HEARING STATUS: | Hearing Concluded |